DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York not in its individual capacity but solely as Trustee for the benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1,<br><br>        Plaintiff,<br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.; EDWARD KIELTY TRUST; ABIGAIL SARCENO AVILA; MARIA E. AGUIRRE; EVER ATILIO LOZANO-MEMBRENO; HILLCREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No. 2:16-cv-01303-KJD-NJK<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York not in its individual capacity but solely as Trustee for the benefit of the Certificateholders of the CWABS Inc., Asset-

{38646202;1}                                                       1

Backed Certificates, Series 2007-SEA1 ("BNYM"), and Defendants Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aguirre, and Ever Atilio Lozano-Membreno (collectively "Defendants") hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and Defendants Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aguirre, and Ever Atilio Lozano-Membreno's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by Defendants on July 5, 2016, [Dkt. No. 11], is granted.

2. The Bank of New York Mellon f/k/a The Bank of New York not in its individual capacity but solely as Trustee for the benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1 shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendants Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aguirre, and Ever Atilio Lozano-Membreno within seven (7) days of the entry of this order.

DATED this 6th day of July, 2016.

| AKERMAN LLP | MAIER GUTIERREZ AYON |
|---|---|
| /s/ Natalie L. Winslow | /s/ Luis Ayon |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | LUIS AYON, ESQ.<br>Nevada Bar No. 9752<br>MARGARET E. SCHMIDT, ESQ.<br>Nevada Bar No. 12489<br>400 South Seventh Street, Suite 400<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aguirre, Ever Atilio Lozano-Membreno and Zoila Angelica Membreno* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

July 7, 2016
_____
DATED