UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NEVADA ASSOCIATION SERVICES, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:16-cv-01303-KJD-NJK <br><br> ORDER <br><br> (Docket No. 25) |

Pending before the Court is a joint proposed discovery plan. Docket No. 25. The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. The joint proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 25 at 2 (citing LR 26-1(e)(1), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). The parties have failed to comply with these requirements.

Accordingly, the joint proposed discovery plan is hereby **DENIED** without prejudice. The parties must file a new joint proposed discovery plan that complies in full with LR 26-1, no later than August 8, 2016.

IT IS SO ORDERED.

DATED: August 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge