UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

         Plaintiff(s),

vs.

NEVADA ASSOCIATION SERVICES, INC., et al.,

         Defendant(s).

Case No. 2:16-cv-01303-KJD-NJK

ORDER

(Docket No. 48)

Pending before the Court is a motion to substitute attorneys. Docket No. 48. Defendants Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aguirre, Ever Atilio Lozano-Membreno, and Zoila Angelica Membreno request to substitute the law firm Ayon Law, PLLC in the place and stead of the law firm Maier Gutierrez & Associates. *Id.* at 2. Pursuant to LR IA 11-6(c), a motion to substitute attorneys "must be signed by the attorneys and the represented client and be approved by the Court." In this instance, however, only one of the represented clients, Edward Kielty Trust, has signed the motion. *See* Docket No. 48 at 7-8.

Accordingly, the motion to substitute attorneys, Docket No. 48, is hereby **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** as to Defendant Edward Kielty Trust and **DENIED** without prejudice as to Defendants Abigail Sarceno Avila, Maria E. Aguirre, Ever Atilio Lozano-Membreno, and Zoila Angelica Membreno.

IT IS SO ORDERED.

DATED: June 7, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge