# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, ) | Case No. 2:16-cv-01303-KJD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER RE: MOTION TO |
| vs. ) | WITHDRAW |
| ) | |
| NEVADA ASSOCIATION SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Maier Gutierrez & Associates' motion to withdraw as attorney for Defendants Abigail Sarceno Avila, Maria E. Aguirre, Ever Atilio Lozano-Membreno, and Zoila Angelica Membreno ("Defendants"). Docket No. 51. No later than June 19, 2017, Luis A. Ayon, Esq., who is also listed as counsel of record, shall file a notice indicating whether he intends to remain as counsel of record for Defendants.

IT IS SO ORDERED.

DATED: June 15, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge