**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**T. CHASE PITTSENBARGER**
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Hillcrest at*
*Summit Hills Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; EDWARD KIELTY TRUST; ABIGAIL ASRCENO AVILA; MARIA E. AGUIRRE; EVER ATILIO LOZANO-MEMBRENO; ZOILA ANGELICA MEMBRENO; HILLCREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01303-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [ECF 39]** |

Plaintiff the Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1 ("Plaintiff") and Defendant Hillcrest at Summit Hills Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

1. Plaintiff filed an Amended Complaint on April 5, 2017 (#39). Said Complaint was served on the Association on July 7, 2017.
2. Pursuant to Local Rule, an Answer to the Complaint was due on or before July 28, 2017.
3. Counsel for the Association was notified of the lawsuit on August 15, 2017.

Plaintiffs and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Complaint. Association shall have up to and including August 29, 2017, to file its Response.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 15th day of August, 2017.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Rex D. Garner | /s/ T. Chase Pittsenbarger |
| Darren T. Brenner<br>Nevada Bar No. 8386<br>Rex D. Garner<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Counsel for Plaintiff* | Sean L. Anderson<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Hillcrest at Summit Hills Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

Dated this __16th__ day of August, 2017.

_____
United States Magistrate Judge

-2-