UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION *et al.*,<br><br>Defendants. | Case No. 2:16-cv-1303-KJD-NJK<br><br>**<u>ORDER</u>** |

Plaintiff Bank of New York Mellon filed its first amended complaint on April 5, 2017. The complaint listed two separate homeowners associations as defendants: Hillcrest at Summit Hills Homeowners Association and Hillcrest Homeowners Association. The bank served defendant Hillcrest at Summit Hills Homeowners Association, albeit eight days after the ninety-day time period for service expired. To date, the bank has not served Hillcrest Homeowners Association. On July 12, 2017, the Court entered a notice of intent to dismiss the complaint under FRCP 4(m) for failure to serve the two homeowners associations. ECF No. 64. Bank of New York Mellon responded to the Rule 4(m) notice and requested a retroactive extension to serve Hillcrest at Summit Hills Homeowners Association. ECF No. 66. Magistrate Judge Koppe granted the extension. <u>See</u> ECF No. 69. As for Hillcrest Homeowners Association, the bank admitted that it inadvertently left both associations in the caption of its amended complaint even though the bank intended to replace Hillcrest Homeowners Association entirely. ECF No. 66.

///
///
///
///

|     |                                                                                           |
| --- | ----------------------------------------------------------------------------------------- |
| 1   | Bank of New York Mellon admits that it did not serve the summons and complaint on         |
| 2   | Hillcrest Homeowners Association within the time allotted by the Federal Rules of Civil   |
| 3   | Procedure, and it will not suffer prejudice if the Court dismisses that association. Therefore, the |
| 4   | action against defendant Hillcrest Homeowners Association only is dismissed without prejudice. |
| 5   | IT IS SO ORDERED.                                                                         |
| 6   | DATED this 15th day of July 2019.                                                         |

_____
The Honorable Kent J. Dawson
United States District Judge