UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,

    Plaintiff(s),

v.

NEVADA ASSOCIATION SERVICES, INC., et al.,

    Defendant(s).

Case No.: 2:16-cv-01303-KJD-NJK

**ORDER**

[Docket Nos. 88, 91]

Pending before the Court is an order to show cause and a motion to withdraw as counsel. *See* Docket Nos. 88, 91. With respect to the order to show cause, it is clear that attorney Christopher Yergensen did not promptly seek to withdraw as counsel in this case despite the termination of his services by Defendant Nevada Association Services. No valid justification has been advanced for that delay. The Court hereby **ADMONISHES** Mr. Yergensen and **CAUTIONS** him that he must comply with his ethical duties more promptly moving forward. **Failure to do so may result in the imposition of sanctions.** In all other respects, the order to show cause is **DISCHARGED**.

With respect to Mr. Yergensen's motion to withdraw, a notice of appearance has been filed by attorney Brandon Wood on behalf of Nevada Association Services. *See* Docket No. 93.[1] As

---

[1] It is not entirely clear if or how Nevada Association Services will proceed with this case. *See* Docket No. 94 (document entitled "Notice of Intent to Defend," the body of which indicates that Nevada Association Services decided to abandon its defense of this case and understands that default may be entered against it). The Court assumes that Nevada Association Services will

1

such, the motion to withdraw will be treated as a motion to substitute and, as so construed, it is **GRANTED**.

IT IS SO ORDERED.

Dated: July 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

participate in this case. The Court expresses no opinion herein as to any consequences that may flow from any previous non-participation.