DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combns@akerman.com

*Attorneys for The Bank of New York Mellon fka
The Bank of New York, not in its Individual
Capacity but Solely as Trustee for the Benefit of
the Certificateholders of the CWABS Inc., Asset-
Backed Certificates, Series 2007-SEA1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; EDWARD KIELTY TRUST; ABIGAIL SARCENO AVILA; MARIA E. AGUIRRE; EVER ATILIO LOZANO-MEMBRENO; ZOILA ANGELICA MEMBRENO; HILLCREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01303-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS**<br><br>**(FIRST REQUEST)** |

50598680;1

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

2　EDWARD KIELTY AND MARY KIELTY, as
Trustees of EDWARD KIELTY TRUST, a

3　Nevada Trust; EVER ATILIO LOZANO-
MEMBRENO, an individual; and ZOILA

4　ANGELICA MEMBRENO, an individual,

5　　　　　　　　　　　　Counterclaimants,

6　vs.

7　THE BANK OF NEW YORK MELLON FKA

8　THE BANK OF NEW YORK, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS

9　TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE CWABS

10　INC., ASSET-BACKED CERTIFICATES,
SERIES 2007-SEA1, a Foreign Corporation;

11　DOE INDIVIDUALS I-X; and ROE

12　CORPORATIONS I-X, inclusive,

13　　　　　　　　　　　　Counterdefendants.

14　　　　The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but

15　Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed

16　Certificates, Series 2007-SEA1 (**BoNYM**); Hillcrest at Summit Hill Homeowners Association

17　(**Hillcrest**); and Edward Kielty Trust, Edward Kielty and Mary Kielty as Trustees of Edward Kielty

18　Trust, Abigail Sarceno Avila, Maria E. Aquirre, Ever Atilio Lozano-Membreno, and Zoila Angelica

19　Membreno (collectively **Defendants**); hereby stipulate and agree that all of the parties shall have an

20　additional fourteen (14) days, up to and including **November 25, 2019**, to file their responses to

21　Defendants' motion for summary judgment [ECF No. 96], BoNYM's renewed summary judgment

22　motion [ECF No. 27], and Hillcrest's motion for summary judgment [ECF No. 98] which are

23　currently due on November 11, 2019, pursuant to ECF Nos. 96, 97, and 98.  All of the motions were

24　filed on October 21, 2019.

25　. . .

26　. . .

27　. . .

28

50598680;1

1  This is the parties' first request for an extension of this deadline, and is not intended to cause

2  any delay or prejudice to any party.

3  *The Bank of New York Mellon vs. Hillcrest at Summit Hills Homeowners Association*
   *2:16-cv-01303-KJD-NJK*

4

5  DATED this 28th day of October, 2019.

6  **AKERMAN LLP**                                    **AYON LAW, PLLC**

7  _/s/ Jamie K. Combs_____              /s/ Luis A. Ayon_____
8  DARREN T. BRENNER, ESQ.                        LUIS A. AYON, ESQ.
   Nevada Bar No. 8386                            Nevada Bar No. 9752
   NATALIE L. WINSLOW, ESQ.                       STEVEN H. BURKE, ESQ.
9  Nevada Bar No. 12125                           Nevada Bar No. 14037
   JAMIE K. COMBS, ESQ.                           8716 Spanish Ridge Avenue, Suite 115
10 Nevada Bar No. 13088                           Las Vegas, Nevada 89148
   1635 Village Center Circle, Suite 200
11 Las Vegas, NV 89134

12                                                 *Attorney for Edward Kielty Trust, Edward*
   *Attorneys for The Bank of New York Mellon fka*  *Kielty and Mary Kielty as Trustees of Edward*
13 *The Bank of New York, not in its Individual*   *Kielty Trust, Abigail Sarceno Avila, Maria E.*
   *Capacity but Solely as Trustee for the Benefit of*  *Aquirre, Ever Atilio Lozano-Membreno, and*
14 *the Certificateholders of the CWABS Inc., Asset-*  *Zoila Angelica Membreno*
   *Backed Certificates, Series 2007-SEA1*
15 **LEACH KERN GRUCHOW ANDERSON SONG**

16
   _/s/ T. Chase Pittsenbarger_____
17 SEAN L. ANDERSON, ESQ.
   Nevada Bar No. 7259
18 T. CHASE PITTSENBARGER, ESQ.
   Nevada Bar No. 13740
19 2525 Box Canyon Drive
   Las Vegas, NV 89128
20

21 *Attorneys for Hillcrest at Summit Hill*
   *Homeowners Association*
22

23                            **ORDER**

24
        **IT IS SO ORDERED:**
25

26 _____
   **UNITED STATES DISTRICT COURT JUDGE**
27
   DATED:  10/30/2019
28

3

50598680;1