# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Bank Of New York Mellon

                Plaintiff,

v.

Nevada Association Services, Inc., et al.

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01303-KJD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiff and against Defendant, Nevada Association Services, Inc.

12/6/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk