DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combns@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; EDWARD KIELTY TRUST; ABIGAIL SARCENO AVILA; MARIA E. AGUIRRE; EVER ATILIO LOZANO-MEMBRENO; ZOILA ANGELICA MEMBRENO; HILLCREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01303-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |

50955752;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

EDWARD KIELTY AND MARY KIELTY, as Trustees of EDWARD KIELTY TRUST, a Nevada Trust; EVER ATILIO LOZANO-MEMBRENO, an individual; and ZOILA ANGELICA MEMBRENO, an individual,

Counterclaimants,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1, a Foreign Corporation; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,

Counterdefendants.

The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1 (**BoNYM**); Hillcrest at Summit Hill Homeowners Association (**Hillcrest**); and Edward Kielty Trust, Edward Kielty and Mary Kielty as Trustees of Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aquirre, Ever Atilio Lozano-Membreno, and Zoila Angelica Membreno (collectively **Defendants**); hereby stipulate and agree that BoNYM and Hillcrest shall have an additional fourteen (14) days, up to and including **December 23, 2019**, to file their replies in support of their summary judgment motions [ECF Nos. 97 and 98], which are currently due on December 9, 2019, pursuant to ECF Nos. 103, 104, and 105. BoNYM and Hillcrest's motions were filed on October 21, 2019.

. . .

. . .

. . .

. . .

. . .

2

50955752;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of December, 2019.

| **AKERMAN LLP** | **AYON LAW, PLLC** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1* | */s/ Steven H. Burke*<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>STEVEN H. BURKE, ESQ.<br>Nevada Bar No. 14037<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148<br><br>*Attorney for Edward Kielty Trust, Edward Kielty and Mary Kielty as Trustees of Edward Kielty Trust, Abigail Sarceno Avila, Maria E. Aquirre, Ever Atilio Lozano-Membreno, and Zoila Angelica Membreno* |
| **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ Chase Pittsenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Hillcrest at Summit Hill Homeowners Association* | |

## **ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 12, 2019

3

50955752;1