DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akermna.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; EDWARD KIELTY TRUST; ABIGAIL SARCENO AVILA; MARIA E. AGUIRRE; EVER ATILIO LOZANO-MEMBRENO; ZOILA ANGELICA MEMBRENO; HILLCREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-01303-KJD-NJK<br><br>**ORDER TO RELEASE BOND** |

1

51661003;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| 1<br>2<br>3 | EDWARD KIELTY AND MARY KIELTY, AS TRUSTEES OF EDWARD KIELTY TRUST, A NEVADA TRUST; EVER ATILIO LOZANO-MEMBRENO, AN INDIVIDUAL; AND ZOILA ANGELICA MEMBRENO, AN INDIVIDUAL, |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6<br>7<br>8<br>9<br>10<br>11 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1, A FOREIGN CORPORATION; DOE INDIVIDUALS I-X; AND ROE CORPORATIONS I-X, INCLUSIVE, |
| 12 | Counterdefendants. |

Presently before the court is the matter of *The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1 vs. Hillcrest at Summit Hills Homeowners Association, et al.*, case number 2:16-cv-01303-KJD-NJK.

On July 7, 2016, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 14]. On July 11, 2016, Akerman LLP posted a security bond on behalf of plaintiff The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1, receipt number NVLAS043587 for $500.00 [ECF No. 15].

. . .

. . .

. . .

. . .

. . .

2

51661003;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

*The Bank of New York Mellon vs. Hillcrest at Summit Hills Homeowners Association*
*2:16-cv-01303-KJD-NJK*

On January 14, 2020, the court entered a judgment in this case, closing the case [ECF No. 117]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated this 31st day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

**Akerman LLP**

 _/s/ Natalie L. Winslow_
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SEA1*

3

51661003;1